**No. 10-8342. Kevin John Marquez, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 1276, 131 S. Ct. 1612, 179 L. Ed. 2d 510, 2011 U.S. LEXIS 2084.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8348. Nuzaira Rahman, Petitioner v. Janet Napolitano, Secretary of Homeland Security, et al.**

562 U.S. 1276, 131 S. Ct. 1612, 179 L. Ed. 2d 510, 2011 U.S. LEXIS 1985.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 385 Fed. Appx. 540.

**No. 10-8362. Maxwell Nnuro, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1276, 131 S. Ct. 1613, 179 L. Ed. 2d 510, 2011 U.S. LEXIS 1995.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8378. David Albert Boniella, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 1276, 131 S. Ct. 1613, 179 L. Ed. 2d 510, 2011 U.S. LEXIS 1931.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 390 Fed. Appx. 122.

**No. 10-8381. Bruce Biggs, Petitioner v. Joseph T. Smith, Superintendent, Shawangunk Correctional Facility.**

562 U.S. 1276, 131 S. Ct. 1613, 179 L. Ed. 2d 510, 2011 U.S. LEXIS 2036.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-8392. Glen W. Robison, Petitioner v. M. S. Evans, Warden.**

562 U.S. 1276, 131 S. Ct. 1613, 179 L. Ed. 2d 510, 2011 U.S. LEXIS 2055.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8423. Daniel McMillian, Petitioner v. Calvin D. Norton, Warden, et al.**

562 U.S. 1276, 131 S. Ct. 1613, 179 L. Ed. 2d 510, 2011 U.S. LEXIS 2015.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 391 Fed. Appx. 804.

**No. 10-8460. Judy Ann Flanagan, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 1276, 131 S. Ct. 1614, 179 L. Ed. 2d 510, 2011 U.S. LEXIS 1932.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.